## Fourth Department, November, 1927.

Joseph Wasmer, as Administrator, etc., of Eva Wasmer, Deceased, Respondent,
v. Town of Brant, Defendant, Impleaded with Henry Miller and Another,
Appellants, and Another, Defendant.

*Negligence — complaint insufficient in action for death caused by drowning at bathing
beach — no allegation of negligence or that several defendants were joint tort feasors
— intestate was licensee — no allegation of affirmative negligence.*

Appeal from an order of the Supreme Court, entered in the Erie county clerk's
office on June 24, 1927.

Per Curiam: The complaint alleges that plaintiff's intestate was drowned
and that the several defendants were, in various ways, negligent and careless in the
operation and maintenance of the bathing beaches. There is no allegation that
the drowning was caused by any negligent act or omission of defendants, nor are
any facts alleged from which such an inference could be drawn. Moreover, the
allegations of the complaint are insufficient to show that the defendants Miller
were tort feasors jointly with the defendant town of Brant, or that plaintiff's
intestate was, as to defendants Miller, an invitee. At most she was as to them
a bare licensee and no act of affirmative negligence on their part is alleged.
(*Vaughan* v. *Transit Development Co.*, 222 N. Y. 79. And see statement of rule
as given in the charge in *Hall* v. *International Railway Co.*, 184 App. Div. 925;
affd., 227 N. Y. 619, as cited in *Flaherty* v. *Metro Stations, Inc.*, 202 App. Div.
583; affd., 235 N. Y. 605.) The order should be reversed, with ten dollars costs
and disbursements, and motion granted, with ten dollars costs, with leave to the
plaintiff to plead over within twenty days. All concur. Present — Clark, Sears,
Crouch, Taylor and Sawyer, JJ. Order reversed on the law, with ten dollars
costs and disbursements, and motion granted, with ten dollars costs, with leave to
plaintiff to plead over within twenty days upon payment of the costs of the motion
and of this appeal.

---

In the Matter of the Application of The People of the State of New York
ex rel. Glenn W. Woodin, as District Attorney, etc., for a Mandamus Order
against Lee L. Ottaway, Individually and as County Judge of the County of
Chautauqua, N. Y., etc., Impleaded with Others.— Order affirmed as a matter
of law and not in the exercise of any discretion, without costs of this appeal to
either party. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and
Taylor, JJ.